RWP/sls

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. **00-6368 CR-FERGUSON**

18 USC 1542
18 USC 911   **MAGISTRATE JUDGE SNOW**

UNITED STATES OF AMERICA

v.

ROXANNE CALLENDER,

       Defendant.
_____/




## INDICTMENT

The Grand Jury charges that:

### COUNT I

On or about January 20, 1999, at Broward County, in the Southern District of Florida, the defendant,

ROXANNE CALLENDER,

did willfully and knowingly make a false statement in an application for a passport with intent to induce and secure the issuance of a passport under the authority of the United States, for her own use, contrary to the laws regulating the issuance of

such passports and the rules prescribed pursuant to such laws, in that the defendant stated in said application that she was born in North Carolina and a citizen of the United States, when in truth and in fact, and as the defendant then and there well knew, she was not born in North Carolina and was not a citizen of the United States; in violation of Title 18, United States Code, Section 1542.

**COUNT II**

On or about January 20, 1999, at Broward County, in the Southern District of Florida, the defendant,

ROXANNE CALLENDER,

an alien, did knowingly and willfully falsely represent herself to be a citizen of the United States, in that she presented a birth certificate from North Carolina, claiming this to be her own birth certificate, in an attempt to induce and secure the issuance of a passport; in violation of Title 18, United States Code, Section 911.

A TRUE BILL

_____
FOREPERSON

_____
GUY A. LEWIS
UNITED STATES ATTORNEY

_____
STEVEN R. PETRI
ASSISTANT UNITED STATES ATTORNEY

2

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

| | |
|---|---|
| UNITED STATES OF AMERICA | CASE NO. _____ |
| v. | **CERTIFICATE OF TRIAL ATTORNEY*** |
| ROXANNE CALLENDER | |
| _____ | **Superseding Case Information**: |

**Court Division**: (Select One)

___ Miami  ___ Key West
_X_ FTL    ___ WPB  ___ FTP

New Defendant(s)          Yes ___   No _X_
Number of New Defendants  ___
Total number of counts    ___

I do hereby certify that:

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3. Interpreter:       (Yes or No) NO_____
   List language and/or dialect _____

4. This case will take __5__ days for the parties to try.

5. Please check appropriate category and type of offense listed below:
   (Check only one)                              (Check only one)

   | | | | | |
   |---|---|---|---|---|
   | I   | 0 to 5 days     | _X_ | Petty   | ___ |
   | II  | 6 to 10 days    | ___ | Minor   | ___ |
   | III | 11 to 20 days   | ___ | Misdem. | ___ |
   | IV  | 21 to 60 days   | ___ | Felony  | _X_ |
   | V   | 61 days and over| ___ |         |     |

6. Has this case been previously filed in this District Court? (Yes or No) NO
   If yes:
   Judge: _____  Case No. _____
   (Attach copy of dispositive order)

   Has a complaint been filed in this matter? (Yes or No) ___NO_____
   If yes:
   Magistrate Case No. _____
   Related Miscellaneous numbers: _____
   Defendant(s) in federal custody as of _____
   Defendant(s) in state custody as of _____
   Rule 20 from the _____ District of _____

   Is this a potential death penalty case? (Yes or No)_____NO_____

7. Does this case originate from a matter pending in the U. S. Attorney's Office prior to April 1, 1999? ___ Yes _X_ No    If yes, was it pending in the Central Region? ___ Yes ___ No

8. Did this case originate in the Narcotics Section, Miami? ___ Yes _X_ No

*Steven R. Petri*
_____
STEVEN R. PETRI
ASSISTANT UNITED STATES ATTORNEY
Court Bar No. A500048

*Penalty Sheet(s) attached                                                REV.6/27/00

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA
### PENALTY SHEET

Defendant Name: Roxanne Callender   Case No._____

Count #: 1

**False Statement in Application for U.S. Passport**
**Title 18, United States Code, Section 1542**

*Max. Penalty: 10 years' Imprisonment; and $250,000 fine.

Count # 2

**False Claim to U.S. Citizenship**

**Title 18, United States Code, Section 911**

*Max. Penalty: 3 years' Imprisonment; and $250,000 fine

Count #:

Count #:

*Max. Penalty:

Count #:

*Max. Penalty:

*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable          10/9/98

No.

# UNITED STATES DISTRICT COURT
**Southern** District of **Florida**
Central Criminal Division

## THE UNITED STATES OF AMERICA

vs.

ROXANNE CALLENDER

### INDICTMENT
18 USC § 1542
18 USC § 911

*A true bill.*

_____
*Foreperson*

Filed in open court this _____ day;

of _____ A.D. 19

_____
*Clerk*

Bail, $ _____