# United States District Court

SOUTHERN _____ DISTRICT OF _____ FLORIDA

UNITED STATES OF AMERICA

V.

ROXANNE CALLENDER

**WARRANT FOR ARREST**

CASE NUMBER: 00-6368-CR-FERGUSON

MAGISTRATE JUDGE SNOW

DEC 19 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

TO: **The United States Marshal**
**and any Authorized United States Officer**

YOU ARE HEREBY COMMANDED to arrest __ROXANNE CALLENDER__
                                                                    Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

☒ Indictment   ☐ Information   ☐ Complaint   ☐ Order of court   ☐ Violation Notice   ☐ Probation Violation Petition

charging him or her with (brief description of offense)   False statement in application for U.S. passport and; false claim to U.S. citizenship;

in violation of Title __18__ United States Code, Section(s) 1542 and 911

CLARENCE MADDOX                                                  COURT ADMINISTRATOR\CLERK OF THE COURT
Name of Issuing Officer                                              Title of Issuing Officer

_[signature] Lenny Butler_                                          FORT LAUDERDALE, FL — Dec. 19, 2000
Signature of Issuing Officer                                         Date and Location

Bail fixed at $ PRETRIAL DETENTION         by _[signature]_ UNITED STATES MAGISTRATE JUDGE
                                                                    BARRY S. SELTZER
                                                                    Name of Judicial Officer

| RETURN |||
|---|---|---|
| This warrant was received and executed with the arrest of the above defendant at _____ |||
| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
| DATE OF ARREST | | |