```
                                    UNITED STATES DISTRICT COURT
                                    SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,

    Plaintiff,

vs.                                 Case No. 00-6368-CR-FERGUSON

ROXANNE CALLENDER,

    Defendant.
_____
```

FILED by ____ D.C.
APR 1 1 2001

### ORDER OF TRANSFER TO THE CLERK

The above-styled cause is hereby transferred to the Clerk's suspended file until such time as the defendant, Roxanne Callender, is apprehended.

DONE AND ORDERED at Fort Lauderdale, Florida, this 11TH day of April 2001.

_____
WILKIE D. FERGUSON, JR.
UNITED STATES DISTRICT JUDGE

C:
U.S. ATTORNEY OFFICE
CLERK OF COURT
U.S. MARSHAL