UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6368-CR-MARTINEZ/DUBE

UNITED STATES OF AMERICA,

    Plaintiff,

v.

ROXANNE CALLENDER,

    Defendant.
_____



## CERTIFICATION FOR TRANSFER

THIS CAUSE is before the Court upon the instructions of Administrative Order 2003-36 issued by William J. Zloch, Chief United States District Judge. The undersigned has reviewed the file and hereby certifies that there are no pending referred motions in this cause.

THEREFORE, the Clerk of the Court shall transfer this case to Robert Dube, United States Magistrate Judge and ensure that counsel of record is noticed via the Court's Faxback program.

DONE AND SUBMITTED at Fort Lauderdale, Florida, this 2nd day of June, 2003.

                              LURANA S. SNOW
                              UNITED STATES MAGISTRATE JUDGE

Copies to:

Jose Martinez, United States District Judge (MIA)
Robert Dube, United States Magistrate Judge (MIA)
AUSA Steve Petri (FTL)
Pretrial Services (FTL)
U.S. Probation (FTL)

