# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

### CASE NO's

| | |
|---|---|
| ✓ 00-6368-CR-MARTINEZ | 03-60162-CR-MARTINEZ |
| 01-00767-CR-MARTINEZ | 02-20453-CR-MARTINEZ |
| 02-20662-CR-MARTINEZ | 02-20858-CR-MARTINEZ |
| 02-21003-CR-MARTINEZ | 03-20095-CR-MARTINEZ |
| 03-20190-CR-MARTINEZ | 03-20391-CR-MARTINEZ |
| 03-20411-CR-MARTINEZ | 03-20415-CR-MARTINEZ |
| 03-20464-CR-MARTINEZ | 03-20509-CR-MARTINEZ |
| 03-20515-CR-MARTINEZ | 03-20542-CR-MARTINEZ |
| 03-20573-CR-MARTINEZ | 03-20597-CR-MARTINEZ |
| 03-20616-CR-MARTINEZ | 03-20617-CR-MARTINEZ |
| 03-20633-CR-MARTINEZ | 03-20665-CR-MARTINEZ |
| 03-20675-CR-MARTINEZ | 03-20687-CR-MARTINEZ |
| 03-20701-CR-MARTINEZ | 03-20721-CR-MARTINEZ |
| 03-20751-CR-MARTINEZ | 03-20752-CR-MARTINEZ |
| 03-20771-CR-MARTINEZ | 03-20772-CR-MARTINEZ |
| 03-20776-CR-MARTINEZ | 03-20793-CR-MARTINEZ |
| 03-20805-CR-MARTINEZ | 03-20807-CR-MARTINEZ |
| 03-20820-CR-MARTINEZ | 03-20835-CR-MARTINEZ |
| 03-20845-CR-MARTINEZ | 03-20852-CR-MARTINEZ |
| 03-20865-CR-MARTINEZ | 03-20879-CR-MARTINEZ |
| 03-20893-CR-MARTINEZ | 03-20895-CR-MARTINEZ |



## CLERK'S NOTICE OF MAGISTRATE JUDGE REASSIGNMENT

Pursuant to Administrative Order 2003-112, and in accordance with the Local Rules of this Court, providing for the random and equal allotment of cases, all parties to this action are noticed as follows:

1.    That the above listed cases are hereby reassigned to Magistrate Judge Klein, who is paired with United States District Judge Jose E. Martinez; and

2.    That all papers hereafter filed shall bear the assigned case number followed by the surname of the assigned Judicial Officers indicating the Judge to whom all future documents should be routed or otherwise brought for attention, in accordance with S.D.Fla. L.R. 5.1.A.5.



DONE at the United State District Court, this 24th, day of December, 2003.

CLARENCE MADDOX,

Court Administrator •Clerk of Court

By: _____

Deputy/Clerk

c: District Judge Martinez
   Magistrate Judge Dube
   Magistrate Judge Klein
   All counsel of record/pro se parties
ntc/refm